1  CHUNG-HAN LEE (SBN 231950)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4
   KARL I. MULLEN    (*pro hac vice* pending)
5  MULLEN LAW FIRM, P.C.
   8225 S.W. Fairway Drive, Suite 100
6  Portland, Oregon 97225
   Telephone: 503-297-4594
7  Facsimile: 503-297-4790

8  Attorneys for Plaintiff
   ROBELLE SOLUTIONS TECHNOLOGY, INC.
9

10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA

13  ROBELLE SOLUTIONS              )
    TECHNOLOGY, INC., a Canadian   )   C-05-01612
14  corporation,                   )
                                   )
15             Plaintiff,          )   [PROPOSED] ORDER
                                   )
16      vs.                        )
                                   )
17  QUANTEL INC., as known as      )
    QUANTEL LIMITED, a foreign     )
18  corporation; RETINA, a California )
    company; DOES 1 through 10,    )
19                                 )
               Defendants.         )
20                                 )

21

22      The Court, having reviewed plaintiff ROBELLE SOLUTIONS TECHNOLOGY,
23  INC.'s (hereinafter Robelle) Case Management Statement, hereby grants Robelle's
24  request to continue the initial case management conference currently scheduled for
25  Wednesday, August 17, 2005 until Wednesday, October 5, 2005 at 10:30 a.m. to allow
26  the parties to continue their ongoing settlement negotiations.
27
28

-1-

[PROPOSED ORDER]                                                    C-05-01612

If the case is not settled by September 28, 2005, the parties are to submit a Joint Case Management Statement and complete the exchange of initial disclosures by September 28, 2005.

IT IS SO ORDERED.

8/12/05



_____
MAG. JUDGE JAMES LARSON

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-2-

[PROPOSED ORDER]     C-05-01612