```
1  CHUNG-HAN LEE (SBN 231950)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4
   KARL I. MULLEN    (pro hac vice pending)
5  MULLEN LAW FIRM, P.C.
   8225 S.W. Fairway Drive, Suite 100
6  Portland, Oregon 97225
   Telephone: 503-297-4594
7  Facsimile: 503-297-4790

8  Attorneys for Plaintiff
   ROBELLE SOLUTIONS TECHNOLOGY, INC.
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBELLE SOLUTIONS TECHNOLOGY, INC., a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTEL INC., as known as QUANTEL LIMITED, a foreign corporation; RETINA, a California company; DOES 1 through 10,<br><br>Defendants. | C-05-01612<br><br>[~~PROPOSED~~] ORDER |

The Court, having reviewed plaintiff ROBELLE SOLUTIONS TECHNOLOGY, INC.'s (hereinafter Robelle) Case Management Statement, hereby grants Robelle's request to continue the initial case management conference currently scheduled for Wednesday, October 12, 2005 until Wednesday, December 14, 2005 at 10:30 a.m. to allow the parties to continue their ongoing settlement negotiations.

If the case is not settled by December 7, 2005, the parties are to submit a Joint Case Management Statement.

**IT IS SO ORDERED.**

October 11, 2005



MAGISTRATE JUDGE JAMES LARSON