1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:     415-434-3947
5
   Attorneys for Defendants
6  Quantel Inc. and Quantel Limited

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROBELLE SOLUTIONS                | Case No. C05-01612 JL
   | TECHNOLOGY, INC., a Canadian     |
12 | corporation,                     | **THIRD REQUEST FOR STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**
13 |              Plaintiff,          |
14 |   v.                             |
15 | QUANTEL INC., a U.S. corporation, and QUANTEL LIMITED, a foreign
16 | corporation, RETINA, a California corporation, DOES 1 through 10,
17 |
18 |              Defendants.         |

19

20

21        Plaintiff Robelle Solutions Technology, Inc., and Defendants Quantel Inc.

22 and Quantel Limited, by their counsel, hereby stipulate that Defendants shall have an

23 extension of time to January 13, 2005, to answer or otherwise plead, in response to the

24 complaint of plaintiff.

25

26        This is the third extension of time sought by Defendants, and is not for the

27 purpose of delay, but in order to give Defendants' counsel the opportunity to review the

28 complaint, and for the parties to discuss settlement of the case, before an answer is due.

-1-

W02-SF:5NAS1\61480413.1                    STIPULATED EXTENSION OF TIME TO ANSWER
                                            OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT

1  The parties are actively discussing settlement of this case, even with holiday intervention
2  and have exchanged draft settlement proposals.  Defendant Quantel Limited was only
3  recently served, and, as noted, the parties have been actively discussing a resolution of this
4  dispute.

6  DATED:  December 29, 2005

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By          /ss/
         NEIL A. SMITH

Attorneys for Defendants
Quantel Inc. and Quantel Limited

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | Plaintiff consents to the request for extension.

2 | DATED: December 29, 2005

3 |

4 | MULLEN LAW FIRM, P.C.

5 | KARL I. MULLEN

6 |

7 | HOLLAND & KNIGHT LLP

8 |

9 | By      /ss/
CHUNG-HAN LEE

10 |

11 | Attorneys for Plaintiff Robelle Solutions Technology Inc.

12 |

13 |

14 | SO ORDERED:

15 | DATED: 1/9/06     By

16 |

17 | JAMES LARSON
Magistrate Judge, United States District Court

18 | Northern District of California

*IT IS SO ORDERED*
*Judge James Larson*

-3-