# Holland+Knight

Tel  415 743 6900  
Fax  415 743 6910

Holland & Knight LLP  
50 California Street, Suite 2800  
San Francisco, CA 94111  
www.hklaw.com

January 17, 2006

Chung-Han Lee  
415 743 6995  
chung.lee@hklaw.com  
#100639-00004



**<u>VIA E-FILING</u>**

The Honorable James Larson  
Chief Magistrate Judge  
United States District Court  
Northern District of California  
Courtroom F, 15th Floor  
450 Golden Gate Avenue  
San Francisco, CA 94102

Re: *Robelle Solutions Technology, Inc. v. Quantel, Inc. et al.*,  
USDC (ND Cal.) Case No. C-05-01612 (JL)

Dear Honorable Judge Larson:

    Per the instructions from your calendaring clerk, I am writing to inform you that the above-captioned case has settled, and the parties are jointly requesting that the case management conference, which is currently scheduled for Wednesday, January 18, 2006 at 10:30 a.m., be taken off-calendar and continued until February 22, 2006, while the parties finalize the written settlement agreement.  We previously submitted a Joint Case Management Statement on January 12, 2006, stating that a settlement was imminent, and we are please to report that the parties have agreed on the final settlement terms.  The parties believe that the written settlement agreement can be finalized quickly, and we expect that a stipulated dismissal or stipulated judgment will likely be filed prior to the continued case management conference.

    Please feel free to call me if you have any questions or concerns.

                      Very truly yours,

                        HOLLAND & KNIGHT LLP

                        CHUNG-HAN LEE

CHL/kma  
# 3360659_v1